GARY M. RESTAINO
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

FILED

2024 JUL 17 PM 12: 47

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-04441 TUC-RM(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Jesus Luna-Flores,<br><br>     aka Orlando Arnoldo Luna Flores,<br><br>     aka Francisco Flores,<br><br>     aka Jose Eduardo Felix Anaya,<br><br>                    Defendant. | **I N D I C T M E N T**<br><br>Violations:<br>8 U.S.C. § 1326(a), enhanced by 8 U.S.C. § 1326(b)(1)<br>(Illegal Reentry after Deportation)<br>Count 1<br><br>18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8)<br>(Illegal Alien in Possession of Ammunition)<br>Count 2<br><br>18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 20, 2024, at or near Tucson, in the District of Arizona, JESUS LUNA FLORES, aka Orlando Arnoldo Luna Flores, aka Francisco Flores, aka Jose Eduardo Felix Anaya, an alien, entered, and was found in the United States of America after haven been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona, on February 27, 2015, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

## COUNT 2

On or about May 17, 2024, at or near Phoenix and Eloy, in the District of Arizona, JESUS LUNA-FLORES, aka Orlando Arnoldo Luna Flores, aka Francisco Flores, aka Jose Eduardo Felix Anaya, knowing that he was an alien who was illegally and unlawfully in the United States, did knowingly possess in and affecting interstate or foreign commerce, ammunition, that is, 10,000 rounds of 7.62x39 caliber ammunition and 9,600 rounds of .223 caliber ammunition, said ammunition have been previously shipped and transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(5)(A) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of Count 2 of the Indictment, the defendant, JESUS LUNA-FLORES, aka Orlando Arnoldo Luna Flores, aka Francisco Flores, aka Jose Eduardo Felix Anaya, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: 10,000 rounds of 7.62x39 caliber ammunition and 9,600 rounds of .223 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

/ / /

/ / /

/ / /

*United States of America v. Jesus Luna-Flores*
*Indictment Page 2 of 3*

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: July 17, 2024

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
SERRA M. TSETHLIKAI
Assistant U.S. Attorney

*United States of America v. Jesus Luna-Flores*
*Indictment Page 3 of 3*